**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

FILED
RICHARD W. NAGEL
CLERK OF COURT

DEC -6 2024 10: 47 A

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

**UNITED STATES OF AMERICA**

Plaintiff,

v.

**HECTOR ALEJANDRO BECERRA-HERNANDEZ**
a/k/a Ray Reyes Becerra
a/k/a Alejandro Becerra-Hernandez
a/k/a Alejandro Becerra
a/k/a Hector Becerra
a/k/a Alesandro Becerra
a/k/a Becerra Alesandro
a/k/a Alejandro Hernandez
a/k/a Arturo Hernandez-Aluagler

Defendant.

**CASE NO.**

**JUDGE**

**INFORMATION**

8 U.S.C. § 1326(a)

2:24-CR-178
Judge Graham

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
**(Illegal Reentry of a Removed Alien)**

On or about October 24, 2024, in the Southern District of Ohio, the defendant, **HECTOR ALEJANDRO BECERRA-HERNANDEZ**, an alien, knowingly and unlawfully entered and was found in the United States after having been removed, excluded, or deported from the United States on or about February 3, 2015, without having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States prior to his return.

In violation of 8 U.S.C. § 1326(a).

KENNETH L. PARKER
United States Attorney


s/ Brian J. Martinez
BRIAN J. MARTINEZ (CA 224587)
Assistant United States Attorney